FILED
CLERK, U.S. DISTRICT COURT

SEP 1 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )        CASE NO. 2:08-CR-1094-4
                                 )
                    Plaintiff,   )
                                 )
         vs.                     )        ORDER OF DETENTION
                                 )
                                 )
                                 )
Josue Edward Gonzalez            )
(True Name: Evan Josue Gonzalez),)
                    Defendant.   )
_____

                              I

A.   ( )  On  motion  of  the  Government  in  a  case  allegedly
involving:

     1.   ( )  a crime of violence.

     2.   ( )  an  offense  with  maximum  sentence  of  life
     imprisonment  or death.

     3.   ( )  a narcotics or controlled substance offense with
     maximum sentence of ten or more years.

     4.   ( )  any felony - where defendant convicted of two or
     more prior offenses described above.

5.   ( )   any   felony   that   is   not   otherwise   a   crime   of violence   that   involves   a   minor   victim,   or   possession   or   use of   a   firearm   or   destructive   device   or   any   other   dangerous weapon,   or   a   failure   to   register   under   18 U.S.C. § 2250.

B.   [X]   On   motion   by   the   Government/ ( )   on   Court's   own   motion, in   a   case   allegedly   involving:

( [X] )   On   the   further   allegation   by   the   Government   of:

1.   [X]   a   serious   risk   that   the   defendant   will   flee.

2.   ( )   a   serious   risk   that   the   defendant   will:

a.   ( )   obstruct   or   attempt   to   obstruct   justice.

b.   ( )   threaten,   injure   or   intimidate   a   prospective witness   or   juror,   or   attempt   to   do   so.

C.   The   Government   ( )   is/   [X]   is   not   entitled   to   a   rebuttable presumption   that   no   condition   or   combination   of   conditions   will reasonably   assure   the   defendant's   appearance   as   required   and   the safety   or   any   person   or   the   community.


II

A.   [X] The   Court   finds   that   no   condition   or   combination   of conditions   will   reasonably   assure:

1.   [X] the   appearance   of   the   defendant   as   required.

( [X] )   and/or

2.   [X]   the   safety   of   any   person   or   the   community.

B.   ( )   The   Court   finds   that   the   defendant   has   not   rebutted   by sufficient   evidence   to   the   contrary   the   presumption   provided   by statute.

///

///

III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.   the weight of evidence against the defendant;

C.   the history and characteristics of the defendant; and

D.   the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A.   [X]   As to flight risk:

(1) Illegal immigration status
(2) insufficient bail resources
(3) inadequate surety
(4) ties to foreign country

///
///
///

B.   (✓)   As to danger:

_Current allegations_

VI

A.   ( )   The Court finds that a serious risk exists the defendant will:

    1.   ( )   obstruct or attempt to obstruct justice.

    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

VII

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Order is w/out prejudice.

DATED:   9/19/08

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-5-